# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0396. ANDRE WALKER v. THE STATE.**

A jury found Andre Walker guilty of aggravated sodomy and other crimes, and on December 10, 2015, the trial court entered his judgment of conviction and sentence. At 4:09 p.m. on December 15, 2015, Walker filed a motion for new trial. At 4:10 p.m. that same day, he filed a notice of appeal from his judgment of conviction. In November 2017, the trial court denied Walker's motion for new trial, and 11 days later he filed a second notice of appeal.[1] The record was transmitted to this Court, and the appeal was docketed as Case No. A18A2084 and remains pending.

The trial court clerk later re-transmitted the record to this Court upon realizing that the record had not been sent here following Walker's first notice of appeal filed in 2015. Consequently, the appeal has now been docketed a second time under the instant case number. This second appeal is duplicative of

---

[1] Because Walker filed his motion for new trial *before* filing his notice of appeal, the notice of appeal did not divest the trial court of jurisdiction to consider the motion for new trial. Compare *McCulley v. State*, 273 Ga. 40, 43 (4) (537 SE2d 240) (2000) (trial court lacked jurisdiction to consider motion for new trial filed after notice of appeal, rendering court's order denying new trial a nullity).

A18A2084 and is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/27/2018__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*